**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ISHMAEL HASSAN OBAMA
a/k/a Steven Donnelle Cody
ADC #145160                                                                        PLAINTIFF

V.                                    2:10CV00126 SWW/JTR

DANNY BURL, Warden,
East Arkansas Regional Unit, et al.                                            DEFENDANTS

<u>ORDER</u>

        The Court has reviewed the Proposed Findings and Recommended  Disposition submitted

by United States Magistrate Judge J. Thomas Ray and the filed objections.   After carefully

considering these documents and making a *de novo* review of the record in this case, the Court

concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby

are, approved and adopted in their entirety as this Court's findings in all respects.

        IT IS THEREFORE ORDERED that:

        1.        Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is

DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be

granted.

        2.        The dismissal of this action CONSTITUTES as "strike," as defined by 28 U.S.C. §

1915(g).

        3.        The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

        Dated this 15th  day of October, 2010.

                                                                /s/Susan Webber Wright

                                                                UNITED STATES DISTRICT JUDGE