## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ISHMAEL HASSAN OBAMA
a/k/a Steven Donnelle Cody
ADC #145160                                                                                                      PLAINTIFF

V.                                           2:10CV00126 SWW/JTR

DANNY BURL, Warden,
East Arkansas Regional Unit, et al.                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 15th day of October, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE