# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ISHMAEL HASSAN OBAMA
a/k/a Steven Donnelle Cody
ADC #145160                                                                                    PLAINTIFF

V.                            2:10CV00126 SWW/JTR

DANNY BURL, Warden,
East Arkansas Regional Unit, et al.                                                DEFENDANTS

## ORDER

Plaintiff, Ishmael Hassan Obama, is a prisoner proceeding *pro se* in this § 1983 action. He has recently filed a Motion asking the Court to compel Defendants to produce copies of his medical records. *See* docket entry #49. In that Motion, Plaintiff concedes that Defendants are providing him with access to his medical records. However, he claims that he needs copies of portions of his records to prove his case.

There are no dispositive motions on the merits of Plaintiff's claim pending at this time, and the case has not yet been set for trial. If Defendants file a Motion for Summary Judgment on the merits of Plaintiff's inadequate diet claim, Plaintiff can then request from them copies of any of his *relevant* medical records that are not already attached to Defendants Motion. If Defendants do not provide such copies,

Plaintiff should promptly refile his Motion to Compel. Further, if this case proceeds to trial, the Court will order the Defendants to provide Plaintiff with copies of the relevant medical records he needs to prepare for trial and to bring Plaintiff's complete medical file to Court.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Compel (docket entry #49) is DENIED.

Dated this 16th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE