# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ISHMAEL HASSAN OBAMA
a/k/a Steven Donnelle Cody
ADC #145160                                                                                              PLAINTIFF

V.                                  2:10CV00126 SWW/JTR

DANNY BURL, Warden,
East Arkansas Regional Unit, et al.                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Revoke IFP Status, to Dismiss Case, and to Stay All Discovery and Deadlines (docket entry #50) is DENIED.

2. Defendants must file any dispositive motions **within thirty days of the entry of this Order.**

Dated this 7th day of February, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE