**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ISHMAEL HASSAN OBAMA
a/k/a Steven Donnelle Cody
ADC #145160                                                                              PLAINTIFF

V.                                    2:10CV00126 SWW/JTR

DANNY BURL, Warden,
East Arkansas Regional Unit, et al.                                      DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Defendants' Motion for Summary Judgment (Doc. 57) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

2.     The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 8th day of November, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
